IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID HOOKS, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-12-173 |
| LANDMARK INDUSTRIES, INC., d/b/a TIMEWISE FOOD STORES, | § § § | |
| Defendant. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation entered on July 11, 2013,[1] the court is of the opinion that said Memorandum and Recommendation should be **ADOPTED**.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

A class is certified for:

> All non-customers who made an electronic fund transfer, from an account used primarily for personal or household purposes, between November 12, 2010, through [the date on which Defendant came into compliance with the ATM Fee posting requirements of the EFTA], at the ATM operated by Defendant at 1200 League Line Road, Conroe, Texas, and who were charged a "Terminal Fee."[2]

Plaintiff shall submit a proposed certification notice to the court within fourteen days of the date of this Order.

The Clerk shall send copies of this Order to the respective

---

[1] The parties filed no objections to the Memorandum and Recommendation.

[2] Doc. 33, Pl.'s Mot. for Class Cert. pp. 4-5.

parties.

**SIGNED** at Houston, Texas, this 30th day of July, 2013.

---

SIM LAKE
UNITED STATES DISTRICT JUDGE